| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Baumann Bus Company, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | **20-72602** | |

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Assoc. Auto Radiator, Inc.**<br>**38-59 9th Street**<br>**Long Island City, NY 11101** | **Henrry Beza**<br>henrrybeza730@gmail.com<br>718-835-1300 | **Trade Debt** | | | | **$2,155.73** |
| **Atlantic States Lubricants**<br>**147 Gazza Boulevard**<br>**Farmingdale, NY 11735** | **Laura Camier**<br>laura@theoilnet.com<br>631-752-1688 | **Trade debt** | | | | **$8,156.29** |
| **Axel Protection Systems**<br>**90-24 161 Street**<br>**Jamaica, NY 11432** | **George Larson**<br>gl@axelpro.net<br>718-206-4800 | **Trade Debt** | | | | **$14,640.56** |
| **Barnwell House of Tires**<br>**65 Jetson Lane**<br>**Central Islip, NY 11722** | **Kevin Gorman**<br>kgorman@barnwelltire.com<br>631-468-6100 | **Trade Debt** | | | | **$16,863.69** |
| **Bus Parts Warehouse**<br>**PO Box 250**<br>**East Syracuse, NY 13057** | **Karens Williams**<br>karens@buspartswarehouse.com<br>800-635-5567 | **Trade Debt** | | | | **$3,737.26** |
| **Crackmaster Windshield**<br>**135 Inwood Avenue**<br>**Point Lookout, NY 11569** | **Steve Scafa**<br>stevescafa@gmail.com<br>800-635-5567 | **Trade Debt** | | | | **$3,742.16** |
| **Gemmas Towing Service Inc.**<br>**324 Uniondale Avenue**<br>**Uniondale, NY 11553** | **Jo Gemma**<br>gemmatow@aol.com<br>516-481-5207 | **Trade Debt** | | | | **$3,209.88** |

Debtor  **Baumann Bus Company, Inc.**                                                                Case number *(if known)*  **20-72602**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grade A Petroleum Product** **90 East Hawthrone Avenue** **Valley Stream, NY 11580** | **Sharice Lockwood** **slockwood@gradealube.com** **516-825-5544** | **Trade debt** | | | | **$1,723.41** |
| **Interglobe Communications** **101 Tyrellan Avenue** **Staten Island, NY 10309-2651** | **Kevin Coughalin** **kcoughlin@nyigc.com** **917-620-3667** | **Trade Debt** | | | | **$1,742.27** |
| **King O'Rourke** **756 Smithtown By-Pass** **Route 347** **Smithtown, NY 11787** | **Fred Lafemina** **flafemina@kingorourke.com** **631-724-4133** | **Trade Debt** | | | | **$4,176.70** |
| **Mondial Automotive Inc.** **PO Box 560248** **College Point, NY 11356-0248** | **Emma Michael** **ar@gomondial.com** **718-461-1103** | **Trade Debt** | | | | **$12,677.02** |
| **National Grid** **PO Box 11791** **Newark, NJ 07101-4791** | **800-930-5003** | **Trade Debt** | | | | **$2,361.29** |
| **Partners in Safety Inc.** **800 Route 17M** **Middletown, NY 10940** | **Kelli Sorace** **accounting@partnersinsafety.com** **845-341-0515** | **Trade Debt** | | | | **$4,436.00** |
| **Protective Insurance Co.** **111 Congressional Blvd., Suite 500** **Carmel, IN 46032** | **Dianne Ogden** **dogden@protectiveinsurance.com** **317-636-9800 Ext 4872** | **Trade Debt** | | | | **$71,181.41** |
| **PSEG LI** **PO Box 9039** **Hicksville, NY 11802-9039** | **800-966-4818** | **Trade Debt** | | | | **$2,008.26** |
| **Riegel Resouces** **715 Creek Road** **Bellmawr, NJ 08031** | **Tom Inglut** **riegeltruckpart@comcast.net** **856-933-1940** | **Trade Debt** | | | | **$6,353.34** |
| **Sarad Marketing Inc.** **165 Williams Avenue** **Brooklyn, NY 11207** | **Amir Zicherman** **amir@sarad.com** **718-485-5003** | **Trade Debt** | | | | **$24,299.80** |

Debtor  **Baumann Bus Company, Inc.**                                              Case number *(if known)*  **20-72602**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **School Bus Parts Company** **PO Box 10** **6124 Potters Lane** **Plumsteadville, PA 18949** | **Larry Brown** **larry@schoolbuspartsco.com** **800-523-6000** | **Trade Debt** | | | | **$1,662.24** |
| **Sprague Operating Res. LLC** **PO Box 536469** **Pittsburgh, PA 15253-5906** | **Jeannette Daskey** **jdaskey@spragueenergy.com** **603-430-7279** | **Trade Debt** | | | | **$33,965.09** |
| **The Hanover Insurance Co.** **c/o Brian Lebrun** **440 Lincoln Street, N477** **Worcester, MA 01653** | **Brian Kantar** **bkantar@csglaw.com** **973-530-2112** | **Indemnification related to Surety Bond** | **Contingent Unliquidated** | **$10,824,535.00** | **$2,000,000.00** | **$8,824,535.00** |